1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

GABRIEL J. BRADWAY,

No.  2:24-cv-2087 CSK P

12

Petitioner,

13

v.

ORDER

14

DR. YASHODARA RAO,

15

Respondent.

16

17

18

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas

19

corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

20

affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner is

21

provided the opportunity to either submit the appropriate affidavit in support of a request to

22

proceed in forma pauperis or submit the appropriate filing fee.

23

In accordance with the above, IT IS HEREBY ORDERED that:

24

1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

25

support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

26

failure to comply with this order will result in a recommendation that this action be dismissed;

27

and

28

1

1      2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2  form used by this district.

3

4  Dated:  11/04/24

5  _____

CHI SOO KIM

6  UNITED STATES MAGISTRATE JUDGE

7  /1/brad2087.101a

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28